**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| GREER G. ZUMMO ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 12-cv-00882 |
| vs. ) | |
| ) | Judge John F. Grady |
| EQUABLE ASCENT FINANCIAL, LLC, and ) | |
| ENHANCED RECOVERY COMPANY, LLC, ) | Magistrate Judge Morton Denlow |
| ) | |
| Defendants. ) | |

**AGREED MOTION TO DISMISS ACTION AND CLAIMS**
**WITH PREJUDICE AS TO DEFENDANTS, PURSUANT**
**TO STIPULATION AND FOR GOOD FAITH FINDING**

Defendants Equable Ascent Financial LLC ("EAF") and Enhanced Recovery Company, LLC ("Enhanced") (collectively "defendants"), by their undersigned attorneys, hereby move this Court to: (1) dismiss all individual claims presented in the Second Amended Class Action Complaint ("Complaint") and in this action by Plaintiff Greer G. Zummo, individually ("plaintiff") against defendants with prejudice, and dismiss this action against defendants; and (2) for a finding that the settlement between plaintiff and defendants was entered into in good faith pursuant to Section 2 of the Illinois Joint Tortfeasor Contribution Act, 740 ILCS 100/2. In support hereof, defendants state as follows:

1. The complaint alleges two counts against defendants. Count I is brought against Enhanced. Count II is brought against EAF. Both allege violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* ("FDCPA").

2. Defendants deny liability.

3. Plaintiff and defendants, through their respective counsel, have engaged in good faith arms-length settlement negotiations and have agreed to a settlement.

4. The terms of the settlement include the payment of a total of $10,000 to plaintiff. There is a written Settlement Agreement ("Agreement"). There is a mutual general release by plaintiff and defendants and plaintiff's husband Joseph Wilson ("Wilson") of any and all claims which plaintiff or Joseph Wilson may have against the defendants, which has been signed by the plaintiff, defendants and Joseph Wilson. A copy of the Agreement will be furnished to the Court at the hearing on this motion if this Court desires. Plaintiff and defendants acknowledge that the settlement was entered into after good faith, arms-length negotiations between them through their respective counsel.

5. The settlement here was in fact entered into in good faith and is the result of arms-length settlement negotiations between counsel for the settling parties. The Agreement provides that no promise, inducement or representation not expressed therein has been made. Accordingly, this Court should enter an order pursuant to the Illinois Joint Tortfeasor Contribution Act, 740 ILCS 100/2 finding that the settlement was entered into in good faith.

6. Under the Illinois Joint Tortfeasor Contribution Act, once there is a finding of good faith, that finding operates as a bar to any contribution claim against the settling parties. Here, a good faith finding will operate as a bar to any other party's contribution claim against the defendants. *See* 740 ILCS 100/2.

7. A Stipulation to Dismiss Action and Claims is attached hereto as Exhibit A.

8. A form of requested Order is attached hereto as Exhibit B.

WHEREFORE, Defendants Equable Ascent Financial LLC and Enhanced Recovery Company, LLC pray for the following relief:

A. That this Court find that the terms of the settlement between plaintiff and defendants was entered into in good faith pursuant to the Illinois Joint Tortfeasor Contribution Act, 740 ILCS 100/2;

130391760v1 0931819

      B.      That this Court dismiss all individual claims presented in the Second Amended Complaint and in this action against the defendants, with prejudice, and dismiss this action against the defendants as to plaintiff, with prejudice, each party to bear its and her own costs and attorney's fees; and

      C.      That this Court dismiss this action as to all putative class claims without prejudice.

Defendants EQUABLE ASCENT FINANCIAL LLC

By: /s/ *Clifford E. Yuknis*
Clifford E. Yuknis
Hinshaw & Culbertson LLP
222 N. LaSalle St., Suite 300
Chicago, Illinois 60601
(312) 704-3000
dschultz@hinshawlaw.com
cyuknis@hinshawlaw.com


Defendants ENHANCED RECOVERY

By: /s/*Paul Gamboa*
Paul Gamboa
Gordon & Rees, LLP
One North Franklin
Suite 800
Chicago, IL 60606
(312) 980-6768
hayesryan@gordonrees.com

130391760v1 0931819